U.S. Department of Justice
Washington, D.C.
8/8/2018/lyl

Criminal Docket

M-18-1507-M

McALLEN ___ Division          CR. No. _____ **M-18-0855-S1**

**SEALED INDICTMENT** Filed: May 9, 2018
**SEALED SUPERSEDING INDICTMENT** Filed: August 14, 2018 Judge: **RICARDO H. HINOJOSA**

County: Hidalgo
Lions #: **2015R21020**
UNITED STATES OF AMERICA

Attorneys:
RYAN K. PATRICK, U.S. ATTORNEY
KEVIN LOWELL, DOJ TRIAL ATTORNEY
ANDREW R. SWARTZ, ASST. U.S. ATTORNEY
LESLIE GARTHWAITE, DOJ TRIAL ATTORNEY

v.

JORGE ZAMORA-QUEZADA          Cts. 1-11          J.A. Canales, Ret'd, (361) 883-0601
Custody: 5/11/18
MEISY ANGELICA ZAMORA          Cts. 1 & 10-11     Christopher Sully, Ret'd, (956) 413-7271
Custody: 7/26/18
ESTELLA SANTOS NATERA          Cts. 1 & 11        Adolfo Alvarez, Ret'd, (956)686-3700
--WARRANT--
FELIX RAMOS          Ct. 10          Jaime Pena, Ret'd, (956) 383-0751
--WARRANT--

Charge(s):
Ct. 1:    Conspiracy to Commit Health Care Fraud
          Title 18, United States Code, Section 1349.
Cts. 2-9: Health Care Fraud
          Title 18, United States Code, Sections 1347 & 2.
Ct. 10:   Conspiracy to Commit Money Laundering
          Title 18, United States Code, Section 1956(h).
Ct. 11:   Conspiracy to Obstruct Justice
          Title 18, United States Code, Section 1512(k).

Total
Counts
**(11)**

Penalty:
Ct. 1:    Imprisonment for not more than 10 yrs. and/or a fine not to exceed $250,000 (or both)
          and not more than a 3 yr. SRT
Cts. 2-9: Imprisonment for not more than 10 yrs. and/or a fine not to exceed $250,000 (or both)
          and not more than a 3 yr. SRT (as to each count)
Ct. 10:   Imprisonment for not more than 20 yrs. and/or a fine not to exceed $500,000 or twice
          the value of the property involved in the transaction, whichever is greater, and not more
          than a 3 yr. SRT
Ct. 11:   Imprisonment for not more than 20 yrs. and/or a fine not to exceed $250,000 (or both)
          and not more than a 3 yr. SRT

Agency:    HHS/OIG - Michael E. Garcia - 6-16-0-0170-9

Proceedings

Date