UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CASE NO. 7:18-cr-00855-3 |
| | § | |
| FELIX RAMOS | § | |

**NOTICE OF APPEARANCE OF COUNSEL AND
DESIGNATION AS ATTORNEY-IN-CHARGE FOR FELIX RAMOS**

To:     The Clerk of court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel and will serve as lead counsel and attorney-in-charge in the above numbered and entitled cause for FELIX RAMOS.

Date: AUGUST 24, 2018

By:     /s/ Jaime Peña         _
Jaime Peña
State Bar No. 90001988

**PEÑA GARCIA, PLLC**
3900 N. 10th Street, Suite 1050
McAllen, Texas 78501
Email: jpena@pgglex.com
Phone: (956) 948-2221
Fax: (888) 422-6821

## CERTIFICATE OF CONFERENCE

On August 24, 2018, Counsel, Jaime Peña spoke to Robert Steindel and Pablo J. Escobedo, attorneys for Felix Ramos, concerning this Appearance and designation as Attorney-In-Charge and they have no objections.

/s/ Jaime Peña_____

Jaime Peña

## CERTIFICATE OF SERVICE

This is to certify that on August 24, 2018, a true and correct copy of the above and foregoing document was served electronically, via ECF, upon all interested parties.

By: \_\_\_\_/s/\_\_\_\_Jaime Peña_____

Jaime Peña

-Defendant, Felix Ramos' Attorney, Robert Steindel
-Defendant, Felix Ramos' Attorney, Pablo Escobedo
-United States Attorney, Andrew Rogers Swartz
-United States Attorney, Kevin Paul Lowell