# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No. M-18-855 |
| | § | |
| JORGE C. ZAMORA-QUEZADA, M.D., et al | § | |

## NOTICE OF APPEARANCE OF CO-COUNSEL FOR THE UNITED STATES

  The United States hereby gives notice to the Court and defendants, JORGE C. ZAMORA-QUEZADA, M.D., MEISY ANGELICA ZAMORA, ESTELLA SANTOS NATERA, and FELIX RAMOS, that Assistant United States Attorney Cynthia A. Villanueva is co-counsel for the United States.

  Please send correspondence, notices, orders, and other communications to Assistant United States Attorney Cynthia A. Villanueva.

            Respectfully submitted,

            RYAN K. PATRICK
            UNITED STATES ATTORNEY

      By:  */s/* Cynthia A. Villanueva
            CYNTHIA A. VILLANUEVA
            Assistant United States Attorney
            U.S. Attorney's Office
            Southern District of Texas
            McAllen Division
            1701 W Bus. Hwy 83, Ste. 600
            McAllen, Texas 78501
            Tel: (956) 618-8007
            Fax: (956) 618-8009
            cynthia.villanueva@usdoj.gov

## **CERTIFICATE OF SERVICE**

The undersigned hereby gives notice on this the 21st day of August, 2019 Notice of Appearance of Co-Counsel for the United States has been provided to defense counsel via ECF filing.

>/s/ Cynthia A. Villanueva
>CYNTHIA A. VILLANUEVA
>Assistant United States Attorney