AO 245A (Rev. 12/03)   Judgment of Acquittal
Sheet 1

United States District Court
Southern District of Texas

**ENTERED**
January 13, 2020
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
Holding Session in McAllen

| UNITED STATES OF AMERICA | JUDGMENT OF ACQUITTAL |
|---|---|
| v. | |
| **FELIX RAMOS** | CASE NUMBER: 7:18CR00855-S1-004 |

Jaime Pena
_Defendant's Attorney_

The Defendant was acquitted by the Court on January 13, 2020.
IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated as to Count 10.

_(signature)_
Signature of Judge

**RICARDO H. HINOJOSA**
**UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

1/13/20
Date

NP